**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**PLAINTIFF - JESSICA McKINNEY, Next Friend of K.P.**　　JUDGE:  TIMOTHY L. BROOKS
　　ATTORNEY:  Monzer Mansour
　　　　　　　　William Hyman　　　　　　　　　　　REPORTER: DANA HAYDEN

**DEFENDANTS - HUNTSVILLE SCHOOL DISTRICT;**　　COURT CLERK: SHERI CRAIG
　　ROXANNE ENIX, Individual Capacity as
　　Principal of Huntsville High School; and　　　　CASE NO.: 5:18-CV-5067
　　JOHN DOES 1-10, Individual Capacities
　　ATTORNEY:  Charles Harwell
　　　　　　　　Matthew Fryar

**MOTION HEARING**
**JULY 19, 2018**

| TIME | MINUTES |
|---|---|
| 1:39 PM | Court Convenes |
|  | Procedural History by Court |
|  | **MOTION TO DISMISS** |
|  | 　　　Argument by the Defendant |
|  | 　　　Argument by the Plaintiff |
|  | Ruling from the Bench - Order to follow |
|  | **MOTION FOR PRELIMINARY INJUNCTION** |
|  | Rule Invoked |
|  | 　　　Testimony on behalf of the Plaintiff: |
|  | 　　　　　PW#1 - Sydney Warford |
|  | 　　　　　　　PX#1 - Student Petition (received under limited purposes) |
|  | 　　　　　PW#2 - Zachary Taylor |
|  | 　　　　　PW#3 - Kylan Pierce |
|  | 　　　　　　　PX#2 - Affidavit of Kylan Pierce |
|  | 　　　　　　　DX#1 - Instagram Comments |
|  | 　　　　　　　DX#2 - Instagram Comments |
|  | 　　　　　　　DX#3 - Instagram Comments |
|  | 　　　　　　　DX#4 - Email to Kylan Pierce |
|  | 　　　　　PW#4 - Jessica McKinney |

|  | Testimony on behalf of the Defendant: |
|---|---|
|  | DW#1 - Roxanne Enix |
|  | DX#5 - Procedures for Expelled Students |
|  | DX#6 - Emails to/from Enix/Meythaler/Jones |
|  | Argument by Counsel |
|  | Court takes Motion under advisement – Order to follow |
| 6:12 pm | Court Adjourned |